[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 9, 2008
THOMAS K. KAHN
CLERK

No. 08-13671
Non-Argument Calendar

_____

D. C. Docket No. 07-20971-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDY AMEDA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 9, 2008)**

Before ANDERSON, BLACK and KRAVITCH, Circuit Judges.

PER CURIAM:

Jack Blumenfeld, appointed counsel for Andy Ameda in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ameda's conviction and sentence are **AFFIRMED**.